684

**Harold Dewey STONE, Appellant, v. STATE, Appellee.**

No. 26581.

Court of Criminal Appeals of Texas.

Oct. 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, two years.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

**William Fred JONES, Appellant, v. STATE, Appellee.**

No. 26654.

Court of Criminal Appeals of Texas.

Oct. 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is murder; the punishment, three years.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

**Troy SALMON, Appellant, v. STATE of Texas, Appellee.**

No. 26601.

Court of Criminal Appeals of Texas.

Oct. 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is robbery; the punishment, ten years.

The record before us contains an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

**Floyd Wayne TUCKER, Appellant, v. STATE, Appellee.**

No. 26539.

Court of Criminal Appeals of Texas.

Oct. 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, two years.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.